IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**ERIC ADAM GRUENINGER,**

    Petitioner,

v.                                        Civil Action No. **3:15CV169**

**DIRECTOR, VIRGINIA DEPARTMENT OF
CORRECTIONS,**

    Respondent.

**FINAL ORDER**

In accordance with the accompanying Memorandum Opinion, it is hereby ORDERED that:

    1.    Grueninger's objections are OVERRULED.
    2.    The Report and Recommendation is ACCEPTED and ADOPTED.
    3.    The Motion to Dismiss (ECF No. 6) is GRANTED.
    4.    Grueninger's claims and the action are DISMISSED.
    5.    The Court DENIES a certificate of appealability.

Should Grueninger desire to appeal, a written notice of appeal must be filed with the Clerk of the Court within thirty (30) days of the date of entry hereof. Failure to file a notice of appeal within that period may result in the loss of the right to appeal.

The Clerk is DIRECTED to send the Memorandum Opinion and Order to Grueninger.

It is so ORDERED.

/s/
John A. Gibney, Jr.
United States District Judge

Date: 2/3/16
Richmond, Virginia